## COMPTON v. STATE. (No. 10578.)

(Court of Criminal Appeals of Texas. Jan. 19, 1927.)

Criminal law ⬅1097(5)—In prosecution for adultery, refusal to give special charges cannot be considered on appeal, in absence of statement of facts.

Where record contained no statement of facts, complaints as to court's refusal to give special charges requested could not be considered on appeal, in prosecution for adultery.

Appeal from Hill County Court; Olin Culberson, Judge.

Clara Compton was convicted of adultery, and she appeals. Affirmed.

N. J. Smith, of Hillsboro, for appellant.
Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

LATTIMORE, J. Conviction in county court of Hill county of adultery; punishment, a fine of $100.

We find in this record no statement of facts. Five special charges were requested on behalf of appellant. Special charge No. 2 was given. In the absence of any statement of facts, we are unable to appraise the complaints of the refusal to give the other special charges. The court charged the jury on circumstantial evidence, and seems to have fully submitted the elements of the offense herein charged.

Finding no error in the record, the judgment will be affirmed.

## COTTRELL v. STATE. (No. 10678.)

(Court of Criminal Appeals of Texas. Jan. 19, 1927.)

Criminal law ⬅1144(½)—Regularity of trial for manufacturing liquor will be presumed, in absence of statement of facts and bills of exception.

On appeal from conviction for unlawfully manufacturing malt liquor, in absence of statement of facts and bills of exception from record, reviewing court will presume all proceedings regular; offense having been properly charged in indictment.

Appeal from District Court, Caldwell County; M. C. Jeffrey, Judge.

Will Cottrell was convicted of manufacturing malt liquor with excess content of alcohol, and he appeals. Affirmed.

Ben F. Cone, of Mexia, for appellant.
Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

HAWKINS, J. Conviction was for manufacturing malt liquor containing in excess of 1 per cent. of alcohol by volume, and punishment assessed at two years in the penitentiary.

The record is before us without statement of facts or bills of exception. The indictment charges an offense. The regularity of all proceedings must be presumed in the absence of complaint. Nothing is presented to this court for review.

The judgment is affirmed.